# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**MICHAEL SZABO,**

        Plaintiff,

    V.                                CASE NUMBER: **06-C-1172**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security Administration,**

        Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the decision of the Commissioner of the Social Security Administration that the plaintiff is not disabled is AFFIRMED.**

**This action is hereby DISMISSED.**

    **November 7, 2007**                                        **JON W. SANFILIPPO**
Date                                                               Clerk

                                                                        s/ Linda M. Zik
                                                                        (By) Deputy Clerk